IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    No. 1:24-cr-10022-JDB-1

LADERRIUS JAROZ WOODSON,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
AND
COMMITTING DEFENDANT TO CUSTODY OF THE ATTORNEY GENERAL
_____

In an order entered September 18, 2024, the Court granted the motion of counsel for the Defendant, Laderrius Jaroz Woodson, for a psychiatric or psychological examination to determine whether he was insane at the time of the offense and whether he presently possesses the competency to stand trial in this matter.  (Docket Entry ("D.E.") 23.)  At the direction of the Court, Defendant was transferred to a medical facility for the purpose of performing the examination. (*See id.*)  Upon receipt of the examination report, the Court referred the matter to the magistrate judge for the purpose of conducting a competency hearing.  (D.E. 27.)  The hearing took place on February 5, 2025, at which the parties agreed that Woodson should be deemed incompetent based upon the examination report.  No additional evidence was presented.  (D.E. 29.)  In a report and recommendation entered the same day, United States Magistrate Judge Jon A. York recommended that Defendant be found, by a preponderance of the evidence, to be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to

1

understand the nature and consequences of the proceedings against him or to assist properly in his defense herein.  (D.E. 30.)

Upon review, the undersigned hereby ADOPTS the report and recommendation in its entirety as the order of the Court and DIRECTS that the recommendations of the magistrate judge be carried out as set forth in the report and recommendation.

IT IS SO ORDERED this 6th day of February 2025.

s/ J. DANIEL BREEN<br>UNITED STATES DISTRICT JUDGE